UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA VANDEWEGHE, | : | Civil Action |
| Plaintiff, | : | Case No. 3:20-cv-01289 (JBA) |
| v. | : | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | : | |
| Defendant. | : | October 22, 2020 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), plaintiff Brenda VanDeWeghe hereby dismisses this action in full, with prejudice, and with each party to bear its own costs, all matters in controversy having been fully settled and compromised between and among the parties.

PLAINTIFF
BRENDA VANDEWEGHE

By:   /s/ *Douglas J. Varga*
        Douglas J. Varga (CT18885)

LUCAS & VARGA LLC
2425 Post Road, Suite 200
Southport, CT 06890
Tel: (203) 227-8400
Fax: (203) 227-8402
E-Mail: dvarga@lucasvargalaw.com

Her Attorneys

## **CERTIFICATION**

  I hereby certify that on October 22, 2020, a copy of the foregoing Notice of Voluntary Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

  Dated at Southport, Connecticut this 22nd day of October, 2020.

              /s/  Douglas J. Varga
             Douglas J. Varga (ct 18885)